UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN HOLLAND, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>WHOLE FOODS MARKET CALIFORNIA, INC.,<br><br>    Defendant. | Case No. 23-cv-00325-HSG<br><br>**ORDER TERMINATING REFERRAL TO FEDERAL PRO BONO PROJECT, LIFTING STAY, AND SETTING CASE MANAGEMENT CONFERENCE** |

On May 19, 2023, this action was referred to the Federal Pro Bono Project to locate pro bono counsel for Plaintiff. Dkt. No. 21. The Court stayed the case until an attorney could be appointed. *Id.* However, the Federal Pro Bono Project has been unable to locate pro bono counsel for Plaintiff. Accordingly, the Court **TERMINATES** the referral to the Federal Pro Bono Project and **LIFTS** the stay in this action.

The Court further **SETS** a telephonic case management conference on November 28, 2023, at 2:00 p.m. All counsel and pro se litigants shall use the following dial-in information to access the call:

    Dial-In: 888-808-6929;

    Passcode: 6064255

All attorneys and pro se litigants appearing for a telephonic case management conference are required to dial in at least 15 minutes before the hearing to check in with the courtroom deputy. For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines. The Court **DIRECTS** the parties to submit their separate case management statements by November 21, 2023. The parties should be prepared to discuss how to move this case forward efficiently.

Plaintiff must litigate this case himself if he is unable to retain counsel on his own.  The Court encourages Plaintiff to seek assistance at the Legal Help Center, which provides free information and limited-scope legal assistance to pro se litigants.  More information about the Legal Help Center is provided at http://www.cand.uscourts.gov/legal-help.  Telephone appointments may be scheduled either over the phone at (415) 782-8982 or by email at federalprobonoproject@sfbar.org.

**IT IS SO ORDERED.**

Dated:  10/25/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge