1  Renee C. Feldman, Bar No. 253877
   rfeldman@littler.com
2  Yesenia Garcia Perez, Bar No. 264880
   ygarciaperez@littler.com
3  LITTLER MENDELSON, P.C.
   Treat Towers
4  1255 Treat Boulevard, Suite 600
   Walnut Creek, California 94597
5  Telephone: 925.932.2468
   Fax No.: 925.946.9809
6
   Attorneys for Defendant
7  WHOLE FOODS MARKET CALIFORNIA, INC.

8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   HERMAN HOLLAND, JR.,                    Case No. 23-CV-00325-HSG
12
              Plaintiff,                   **ORDER OF DISMISSAL WITH**
13                                         **PREJUDICE OF ENTIRE ACTION**
        v.
14
   WHOLE FOODS MARKET CALIFORNIA,
15 INC., and DOES 1-100,

16            Defendants.

1  Pursuant to the Stipulation of the Parties, IT IS HEREBY ORDERED that the above action
2  is dismissed with prejudice in its entirety, as to all claims and all defendants, with each party to
3  bear its own attorney's fees and costs.
4  IT IS SO ORDERED.

DATED: 11/20/2024

Haywood S. Gilliam, Jr.
U.S. District Judge